1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| 360NETWORKS (USA), INC., a Nevada corporation,<br><br>       Plaintiff,<br><br>    vs.<br><br>FREEDOM TELECOMMUNICATIONS, INC., a California corporation; and DOES 1 through 10, inclusive,<br><br>       Defendants.<br><br>FREEDOM TELECOMMUNICATIONS, INC.,<br><br>       Counterclaim-Plaintiff,<br><br>    vs.<br><br>360NETWORKS (USA), INC.,<br><br>       Counterclaim-Defendant. | Case Nos. CV 12-1831 (JEM)<br>        and CV 12-10509 (JEM)<br><br>Hon. John E. McDermott<br><br>**[~~PROPOSED~~] ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO F. R. CIV. P. 41(a)(1)(A)(ii)**<br><br>Trial Date: March 11, 2014 |

602276524v1

- 1 -

The parties having stipulated and good cause appearing therefore,

IT IS HEREBY ORDERED that:

1. The above-captioned action, *360Networks (USA), Inc. v. Freedom Telecommunications, Inc.*, Case No. CV 12-1831 (JEM), is dismissed with prejudice;

2. Related case *Freedom Telecommunications, Inc., v. 360Networks (USA), Inc.,* Case No. CV 12-10509 (JEM) is dismissed with prejudice; and

3. Each of the parties is to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: May 9, 2014          By: *[signature]*
                                Hon. John E. McDermott
                                United States Magistrate Judge

PRESENTED BY:

MICHAEL J. FINNEGAN
NATHAN M. SPATZ
PILLSBURY WINTHROP SHAW PITTMAN LLP
725 South Figueroa Street, Suite 2800
Los Angeles, California 90017

By:   */s/ Michael J. Finnegan*
         Michael J. Finnegan
         Attorneys for Plaintiff
         360NETWORKS (USA), INC.